Szu-Lung Chang, Esq,
Nevada State Bar No. 11360
**CHANGE LAW GROUP, LLC**
2020 W. Sunset Road
Henderson, Nevada 89146
Telephone: (702) 483-7123
Email: info@clglv.com

Emmanuel Enyinwa, Esq.
Pro Hac Vice Pending
**ENYINWALAW, INC.**
369 Pine Street, Suite 420
San Francisco, California 94104
Telephone: (415-956-6100
Email: enyinwalaw@gmail.com

*Attorneys for Surrinder Singh*
*And Harjinder Kaur*

**IN THE UNITED STATED DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SURRINDER SINGH and HARJINDER KAUR,<br><br>Plaintiffs,<br><br>v.<br><br>KEWAL SINGH BAINS, GRIND MODES 1-9, Nevada Business Entities of unknown legal status, and DOES 1-20,<br><br>Defendants. | CASE NO.: 2:26-cv-01004-JCM-BNW<br><br>**STIPULATION AND ORDER FOR FILING OF FIRST AMENDED COMPLAINT** |

Defendants Kewal Singh Bains ("Mr. Bains"), Grind Mode 1, LLC ("GM1"), Grind Mode 2, LLC ("GM2"), Grind Mode 3, LLC ("GM3"), Grind Mode 4, LLC ("GM4"), Grind Mode 5, LLC ("GM5"), Grind Mode 6, LLC ("GM6"), Grind Mode 7, LLC ("GM7"), Grind Mode 8, LLC ("GM8"), and Grind Mode 9, LLC ("GM9")(collectively, the "Grind Mode Entities" and together with Mr. Bains, the "Defendants"), by and through their attorneys of record, the law firm of Champion Lovelock Law, and Plaintiffs Surinder Singh ("Singh") and Hardjinder Kaur ("Kaur" and collectively "Plaintiffs"), by and through their counsel of record, the Law Offices of Emmanuel Enyinwan and the Chang Law Group, LLC, hereby stipulate and agree that (1) Plaintiffs will file a First Amended Complaint in this case on or before September 9, 2026; and (2) given this pending amendment,

Defendants do not currently have a responsive pleading due, and will respond to Plaintiffs' First Amended Complaint within 21-days following the filing date.

**IT IS SO STIPULATED.**

DATED this 13th day of August, 2026

**CHAMPION LOVELOCK LAW**

*S/Andrea Champion*
Andrea M. Champion, Esq.
Nevada State Bar No.13461
Tracy M. O'Steen, Esq.
Nevada State Bar No. 10949
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119

*Attorneys for Kewal Singh Bains, Grind Mode 1, LLC, Grind Mode 2, LLC, Grind Mode 3, LLC, Grind Mode 4, LLC, Grind Mode 5, LLC, Grind Mode 6, LLC, Grind Mode 7, LLC, Grind Mode 8, LLC, and Grind Mode 9, LLC*

DATED this 13th day of August, 2026

**LAW OFFICES OF EMMANUEL ENYINWA**

*S/Emmanuel Enyinwa*
Emannuel Enyinwa, Esq.
(Pro Hac Vice Pending)
369 Pine Street, Ste 420
San Francisco, CA 94104

**CHANG LAW GROUP, LLC**
Szu-Lung Chang, Esq.
Nevada Bar No. 11360
2020 W Sunset Road
Henderson, NV 89014

*Attorneys for Plaintiffs Surinder Singh and Harjinder Kaur*

* * *

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: August 14, 2026