Andrea M. Champion, Esq.
Nevada State Bar No.13461
Rebecca L. Crooker, Esq.
Nevada State Bar No. 15202
**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: achampion@championlawvegas.com
Email: rcrooker@championlawvegas.com

*Attorneys for Kewal Singh Bains, Manpreet Singh Bains, Grind Mode 1, LLC, Grind Mode 2, LLC, Grind Mode 3, LLC, Grind Mode 4, LLC, Grind Mode 5, LLC, Grind Mode 6, LLC, Grind Mode 7, LLC, Grind Mode 8, LLC, and Grind Mode 9, LLC*

**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

**IN THE UNITED STATED DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SURRINDER SINGH and HARJINDER KAUR,<br><br>Plaintiffs,<br><br>v.<br><br>KEWAL SINGH BAINS, MANPREET SINGH BAINS; GRIND MODES 1-9, Nevada Business Entities of unknown legal status, and DOES 1-20,<br><br>Defendants. | CASE NO.: 2:26-cv-01004-JCM-BNW<br><br>**STIPULATION AND ORDER ACCEPTING SERVICE OF FIRST AMENDED COMPLAINT ON BEHALF OF MANPREET SINGH BAINS AND EXTENDING THE DEADLINE FOR ALL DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiffs Surinder Singh ("Singh") and Hardjinder Kaur ("Kaur" and together with Singh, "Plaintiffs"), by and through their attorneys of record, the law firms of Chang Law Group, LLC and Enyinwalaw, Incorporated, and Defendants Kewal Singh Bains ("Kewal"), Manpreet Singh Bains ("Manpreet"), Grind Mode 1, LLC ("GM1"), Grind Mode 2, LLC ("GM2"), Grind Mode 3, LLC ("GM3"), Grind Mode 4, LLC ("GM4"), Grind Mode 5, LLC ("GM5"), Grind Mode 6, LLC ("GM6"), Grind Mode 7, LLC ("GM7"), Grind Mode 8, LLC ("GM8"), and Grind Mode 9, LLC ("GM9") (collectively, the "Grind Mode Entities" and together with Kewal and Manpreet, the "Defendants"), by and through their attorneys of record, the law firm of Champion Lovelock Law, hereby stipulate and agree as follows (the "Stipulation"):

1. On September 23, 2026 Plaintiff filed their First Amended Complaint [Doc 12].
2. Pursuant to the Stipulation and Order for Filing of First Amended Complaint [Doc 09], Kewal and the Grind Mode Entities have 21-days to file their responsive pleading, making the responsive pleading due on October 14, 2026.
3. On September 29, 2026 the Parties agreed to the following:
    a. Counsel for Defendants shall accept service of the First Amended Complaint on behalf of Manpreet, who is a new defendant to the case by way of the filing of the First Amended Complaint; and
    b. All Defendants shall have until November 4, 2026 to file their responsive pleading to the First Amended Complaint.

**IT IS SO STIPULATED.**

DATED this 6th day of October, 2026

**CHAMPION LOVELOCK LAW**

*/s/ Andrea M. Champion, Esq.*
Andrea M. Champion, Esq.
Nevada State Bar No.13461
Rebecca L. Crooker, Esq.
Nevada State Bar No. 15202
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119

*Attorneys for Kewal Singh Bains, Manpreet Singh Bains, Grind Mode 1, LLC, Grind Mode 2, LLC, Grind Mode 3, LLC, Grind Mode 4, LLC, Grind Mode 5, LLC, Grind Mode 6, LLC, Grind Mode 7, LLC, Grind Mode 8, LLC, and Grind Mode 9, LLC*

DATED this 6th day of October, 2026

**LAW OFFICES OF EMMANUEL ENYINWAN**

*/s/ Emannuel Enyinwa, Esq.*
Emannuel Enyinwa, Esq.
California Bar No. 207088
369 Pine Street, Ste 420
San Francisco, CA 94104

**CHANG LAW GROUP, LLC**
Szu-Lung Chang, Esq.
Nevada Bar No. 11360
2020 W Sunset Road
Henderson, NV 89014

*Attorneys for Plaintiffs Surinder Singh and Harjinder Kaur*

CHAMPION LOVELOCK LAW
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

***CASE NO.: 2:26-cv-01004-JCM-BNW***

**ORDER**

Upon the Stipulation by counsel for the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the deadline for Defendants' responsive pleading to the First Amended Complaint is extended to November 4, 2026.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Date: October 7, 2026

Respectfully Submitted By:

**CHAMPION LOVELOCK LAW**

*s/ Andrea M. Cham ion Es .*

Andrea M. Champion, Esq.
Nevada State Bar No.13461
Rebecca L. Crooker, Esq.
Nevada State Bar No. 15202
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119

*Attorneys for Kewal Singh Bains, Manpreet Singh Bains, Grind Mode 1, LLC, Grind Mode 2, LLC, Grind Mode 3, LLC, Grind Mode 4, LLC, Grind ode 5, LLC, Grind Mode 6, LLC, Grind Mode 7, LC Grind Mode 8 LLC and Grind Mode 9 LLC*

**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

**From:** Emmanuel Enyinwa
**To:** Rebecca Crooker
**Cc:** INFO@CLGLV.COM; Andrea Champion; Nuria Forsyth; Julie Linton; Szu-Lung Chang; Szu-Ju Chang; HK Enyinwa
**Subject:** Re: Singh v. Singh Bains
**Date:** Monday, October 5, 2026 3:42:26 PM

---

Yes, I approve.

Please note that on May 1, 2020, The Law Offices of Emmanuel; Enyinwa moved. Our new office location is 369 Pine Street, Suite 420, San Francisco, Ca., 94104. The phone numbers and emails remain the same. Thank you.

Emannuel Enyinwa, Esq.

**LAW OFFICES OF EMMANUEL ENYINWA**
369 Pine Street,
Suite 420
San Francisco, California 94104
Tel: (415)-360-3055
Tel: (415) 956-6100
Cell: (510) 385-6267
Fax: (415) 956-6111
Enyinwalaw@gmail.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

On Fri, Oct 2, 2026 at 1:20 PM Rebecca Crooker <rcrooker@championlawvegas.com> wrote:

> Mr. Enyinwa,
>
> Attached for your review is a stipulation and order accepting service on behalf of Manpreet Singh Bains and extending Defendants' time to file a responsive pleading to the First Amended Complaint to November 4, 2026. Please let me know if we have permission to affix your e-signature.
>
> Thank you,
>
> **REBECCA CROOKER, ESQ. | CHAMPION LOVELOCK LAW**
>
> 6600 Amelia Earhart Ct., Ste. A, Las Vegas, NV 89119
>
> P (702) 805-8450 | F (702) 805-8451
>
> rcrooker@championlawvegas.com | www.championlawvegas.com

*CONFIDENTIALITY NOTICE: This e-mail message is a confidential communication from Champion Lovelock Law and is intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product. If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender and delete this e-mail message and any attachments from your workstation or network mail system.*

---

**From:** Emmanuel Enyinwa <enyinwalaw@gmail.com>
**Sent:** Tuesday, September 29, 2026 3:33 PM
**To:** Rebecca Crooker <rcrooker@championlawvegas.com>
**Cc:** INFO@CLGLV.COM; Andrea Champion <achampion@championlawvegas.com>; Nuria Forsyth <NForsyth@championlawvegas.com>; Julie Linton <jlinton@championlawvegas.com>; Szu-Lung Chang <szu@clglv.com>; Szu-Ju Chang <sjchang@clglv.com>; HK Enyinwa <hk.enyinwalaw@gmail.com>
**Subject:** Re: Singh v. Singh Bains

Dear Ms Crooker,

We do not object to your request for extension, and thank you for accepting service on behalf of Manpreet Bains. Draft the stip that Service has been effected as to Mr Singh Bains and that the parties agree to a deadline of October 4 for responsive pleading by all named defendants (I take it you represent all Grind Mode entities as well. Co counsel has been cc'd on this email.

Please note that on May 1, 2020, The Law Offices of Emmanuel; Enyinwa moved. Our new office location is 369 Pine Street, Suite 420, San Francisco, Ca., 94104. The phone numbers and emails remain the same. Thank you.

Emannuel Enyinwa, Esq.

**LAW OFFICES OF EMMANUEL ENYINWA**
369 Pine Street,
Suite 420
San Francisco, California 94104
Tel: (415)-360-3055
Tel: (415) 956-6100
Cell: (510) 385-6267
Fax: (415) 956-6111
Enyinwalaw@gmail.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

On Tue, Sep 29, 2026 at 10:26 AM Rebecca Crooker <rcrooker@championlawvegas.com> wrote:

> Mr. Enyinwa,
>
> We received Plaintiffs' Amended Complaint, which adds Manpreet Singh Bains as a party to the case. Mr. Singh Bains has authorized us to accept service on this behalf and we will be representing him along with the other Defendants. With that said, we request additional time to respond to the First Amended Complaint on behalf of all Defendants. Our current deadline for Kewal Singh Bains and the Grind Mode Defendants to respond is October 14, 2026, and we would ask that you provide all Defendants until November 4, 2026 to respond to the First Amended Complaint. If you are amenable, we will circulate a stipulation and order for your review.
>
> Thank you,
>
> **REBECCA CROOKER, ESQ. | CHAMPION LOVELOCK LAW**
>
> 6600 Amelia Earhart Ct., Ste. A, Las Vegas, NV 89119
>
> P (702) 805-8450 | F (702) 805-8451
>
> rcrooker@championlawvegas.com | www.championlawvegas.com
>
> *CONFIDENTIALITY NOTICE: This e-mail message is a confidential communication from Champion Lovelock Law and is intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product. If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender and delete this e-mail message and any attachments from your workstation or network mail system.*